[No. 50392-8-I.  Division One.  January 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HEATHER LANICE KEMP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-00737-8, Dale B. Ramerman, J., entered April 2, 2002. *Reversed* by unpublished per curiam opinion.

[No. 19894-4-III.  Division Three.  January 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO C. DELGADO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-00735-8, F. James Gavin, J., entered January 3, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 20283-6-III.  Division Three.  January 23, 2003.]

*In the Matter of the Marriage of* JANE ANNE SIMS, *Respondent*, and LOUIS E. SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-00682-1, Robert D. Austin, J., entered April 9, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 21065-1-III.  Division Three.  January 23, 2003.]

BRUCE HANIFY, *as Guardian, Appellant*, v. INTERSTATE DISTRIBUTOR COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-02565-1, E. Thompson Reynolds, J., entered April 17, 2002. *Remanded* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.